**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**ORIGINAL**

**CIVIL MINUTES - GENERAL**

Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

CASE NO.: CV 03-1837 SJO (CWx)     DATE: June 22, 2005

TITLE: <u>Formulated Sciences, Inc. v. National Football League, et al.</u>

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                                    NONE PRESENT
Courtroom Clerk                                Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

NONE PRESENT                                  NONE PRESENT

========================================================================
**PROCEEDINGS (IN CHAMBERS):**

This matter is before the Court on Defendants National Football League and National Football League Players Association's ("Defendants") Motion to Dismiss the Third Amended Complaint. Doc. # 36. On the Court's own motion, this matter, noticed for hearing on Monday, July 18, 2005, is hereby **TAKEN OFF CALENDAR**. The Court will not consider this Motion because Defendants have failed to comply with Local Rule 7-3.

Defendants' Notice states that Defendants attempted to resolve the parties' dispute in accordance with Local Rule 7-3, but were unable to do so. However, there is nothing in the Notice from which the Court could infer that the parties then discussed "the substance of the contemplated motion and any potential resolution." See Local Rule 7-3.

The parties shall confer in compliance with Local Rule 7-3. If the parties are unable to resolve the disputed issues, Defendants may refile and renotice the entire motion, in compliance with all local rules, notwithstanding Fed. R. Civ. P. 12's time to answer or otherwise respond to Plaintiff's Third Amended Complaint.

IT IS SO ORDERED.

cc:    All Parties of Record

DOCKETED ON CM
JUN 2 4 2005
BY _____ 010

MINUTES FORM 11
CIVIL GEN                          Page 1 of 1                    Initials of Deputy Clerk <u>VC</u>