ORIGINAL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**CASE NO.:** SA CV 03-1837 SJO (MLGx)   **DATE:** June 20, 2005

**TITLE:** Formulated Sciences, Inc. v. National Football League, et al.

=================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz
Courtroom Clerk

Ramona LaChapelle
Court Recorder

**COUNSEL PRESENT FOR PLAINTIFF(S):**

William K. Vogeler

**COUNSEL PRESENT FOR DEFENDANT(S):**

Peter S. Julian
Tanya Hunter

=================================================================

**PROCEEDINGS: SCHEDULING CONFERENCE - Fed. R. Civ. P. 26(f)**

Scheduling Conference is held. Counsel are present and advise the Court of case status. Court and counsel confer re alleged false statement of the facts. The Court sets the following dates:

| | | |
|---|---|---|
| Last Date to Amend or Add Parties | Wednesday, July 20, 2005 | |
| Discovery Cut-off | Wednesday, December 7, 2005 | |
| Motion Hearing Cut-off (must be filed 21 days prior) | Monday, January 23, 2006 | at 10:00 a.m. |
| Pretrial Conference | Monday, February 27, 2006 | at 9:00 a.m. |
| Jury Trial Date | Tuesday, March 7, 2006 | at 9:00 a.m. |
| Settlement Conference | Wednesday, February 8, 2006 | at 8:00 a.m. |

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

Court advises counsel that all Pretrial documents must be filed on or before the Final Pretrial Conference including, but not limited to:
1. All Jury Instructions, agreed and opposed;
2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

DOCKETED ON CM
JUL - 7 2005
BY 007

8:47 am - 9:07 am

42

MINUTES FORM 11
CIVIL GEN

Page 1 of 1     Initials of Deputy Clerk vpc