UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

CASE NO.: SA CV 03-1837 SJO (MLGx)     DATE: February 13, 2006

TITLE: Formulated Sciences, Inc. v. National Football League, et al.

================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                               Not Present

================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court reschedules the settlement conference to Thursday, February 13, 2006 @ 8:00 a.m.



MINUTES FORM 11
CIVIL GEN                       Page 1 of 1              Initials of Preparer _____