UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

ORIGINAL

Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6 ✓
Scan Only

**CASE NO.:** SA CV 03-1837 SJO (MLGx)    **DATE:** February 16, 2006

**TITLE:** Formulated Sciences, Inc. v. National Football League, et al.

ENTERED
CLERK, U.S DISTRICT COURT
FEB 16 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                          Leandra Amber
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Jan A. Yoss                               Douglas B. Adler
                                          Tanya L. Hunter

========================================================================
**PROCEEDINGS:** SETTLEMENT CONFERENCE

The Court has been advised that the parties have settled. Plaintiff's counsel reads portions of the settlement agreement on the record. Defendants' counsel concurs with the settlement. Counsel shall file a stipulated dismissal with prejudice by Friday, February 24, 2006. The Court vacates the pretrial conference and trial dates. The Court dismisses this matter but retains jurisdiction to enforce settlement.

                                                                    : 5 min
MINUTES FORM 11
CIVIL GEN                    Page 1 of 1         Initials of Preparer  Vpc