1  John D. Younesi, Esq. (Bar No. 120339)
   Jan A. Yoss, Esq. (Bar No. 143978)
2  YOUNESI & YOSS, LLP
   5959 West Century Boulevard, Suite 1118
3  Los Angeles, California 90045
   Telephone: (310) 693-6180 ♦ Facsimile: (310) 693-6186

4  Attorneys for Plaintiff, FORMULATED
5  SCIENCES, INC.

6

7

8             IN THE UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 FORMULATED SCIENCES, INC., a      )  Case No. SACV03-1837 SJO(CWx)
   California corporation,           )  [The Hon. S. James Otero, Courtroom 1600]
12                                   )
              Plaintiff,             )  STIPULATION TO DISMISS ACTION
13                                   )  WITH PREJUDICE
       vs.                           )
14                                   )
   NATIONAL FOOTBALL LEAGUE, a       )
15 business form unknown; NATIONAL   )
   FOOTBALL LEAGUE PLAYERS           )
16 ASSOCIATION, a business form      )
   unknown; and DOES 1 to 50,, inclusive, )
17                                   )
              Defendants.            )
18 _____  )

19

20    WHEREAS, the parties hereto have entered into a binding settlement agreement as of

21 February 16, 2006;

22    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto

23 that the within action is dismissed with prejudice.

24                                      YOUNESI & YOSS, LLP

25

26 DATED:    February 24, 2006          By: _____
                                            JAN A. YOSS
27                                          Attorneys for Plaintiff, FORMULATED
                                            SCIENCES, INC.
28 [Signatures continued on following page]

[Stipulation to Dismiss.wpd]                - 1 -

STIPULATION TO DISMISS ACTION

*Formulated Sciences, Inc. v. National Football League, et al.*
U.S.D.C. Case No. SACV03-1837 SJO(CWx)
STIPULATION TO DISMISS ACTION [Contd.]

                                                    SKADDEN, ARPS, SLATE, MEAGHER &
                                                    FLOM

DATED: February 24, 2006       By: _____
                                                      DOUGLAS B. ADLER
                                                      Attorneys for Defendant, **NATIONAL FOOTBALL LEAGUE**


                                                      DEWEY BALLANTINE LLP

DATED: February 24, 2006       By: _____
                                                      TANYA HUNTER
                                                      Attorneys for Defendant, **NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION**


## ORDER

IT IS ORDERED that the entire action is dismissed with prejudice, with the Court to retain jurisdiction to enforce the settlement.

DATED: February 27, 2006       _____
                                                      The Honorable S. James Otero
                                                      U.S. District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                                              )  ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 5959 W. Century Blvd., Suite 1118, Los Angeles, CA 90045.

On **February 24, 2006,** I served the foregoing document described as **STIPULATION TO DISMISS ACTION** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE ATTACHED SERVICE LIST**

[✓]  **(BY MAIL: As indicated on the attached Service List)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY OVERNIGHT COURIER: As indicated on the attached Service List)** I caused the above referenced document(s) to be delivered to an overnight courier service, via **FEDERAL EXPRESS**, for delivery to the address indicated on the attached Service List..

[ ]  **(BY PERSONAL SERVICE)** I caused such envelopes to be personally delivered by GOLDEN STATE MESSENGERS to the offices of the addressees.

[ ]  **(BY FACSIMILE TRANSMISSION)** I caused such document to be sent via facsimile to the addressee and received a confirmed transmission report indicating that this document was successfully transmitted to the party named above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on **February 24, 2006,** at Los Angeles, California.

Mary Ellen Bolton

*Formulated Sciences, Inc. v. Terrell Owens, etc., et al.*

USDC Case No. SACV03-1837 SJO(CWx)
[Central District of California, Western Division - Courtroom 1600]

## SERVICE LIST

Douglas B. Adler, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
300 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendant NATIONAL FOOTBALL LEAGUE*

Bruce S. Meyer, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant NATIONAL FOOTBALL LEAGUE*

Tanya Hunter, Esq.
DEWEY BALLANTINE LLP
333 South Grand Avenue, Suite 2600
Los Angeles, California 90071-1530
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

*Attorneys for Defendant, NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION*